MUNICIPAL SERVICE REAL ESTATE COMPANY, INC., et al., Respondents, *v.* D. B. & M. HOLDING CORPORATION et al., Appellants.

(Argued October 26, 1933; decided November 21, 1933.)

*Henry F. Cochrane* and *Walter J. Vreeland* for appellants.

*Horace R. Lamb* and *George M. Billings* for Municipal Service Real Estate Company, Inc., respondent.

*John J. Bennett, Jr., Attorney-General (Warren H. Gilman, Henry Epstein* and *Hugh Reilly* of counsel), for The People of the State of New York, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.